**LORI HARPER SUEK**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone:   (406) 657-6101
FAX:      (406) 657-6989
Email:    Lori.Suek@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JASON AVERY MATTSON and JERRY WARD MATTSON III, <br><br> Defendants. | CR 16- 54 -GF-BMM <br><br> INDICTMENT <br><br> ASSAULT WITH INTENT TO COMMIT MURDER/AIDING AND ABETTING (Count I) <br> Title 18 U.S.C. §§ 1153(a), 113(a)(1), and 2 <br> (Penalty: Twenty years imprisonment, $250,000 fine, and three years supervised release) <br><br> ASSAULT WITH A DANGEROUS WEAPON/AIDING AND ABETTING (Count II) <br> Title 18 U.S.C. §§ 1153(a), 113(a)(3), and 2 <br> (Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release) |

|  | USE AND DISCHARGE OF A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE (Count III) Title 18 U.S.C. § 924(c)(1)(A) (Penalty: Mandatory minimum five years to life imprisonment for using a firearm, mandatory minimum ten years to life imprisonment for discharging a firearm, consecutive to any other term of imprisonment, $250,000 fine, and five years supervised release) |
|---|---|

THE GRAND JURY CHARGES:

COUNT I

That on or about June 10, 2013, near East Glacier, in the State and District of Montana, and on and within the exterior boundaries of the Blackfeet Indian Reservation, being Indian Country, the defendants, JASON AVERY MATTSON and JERRY WARD MATTSON III, Indian persons, with the specific intent to commit murder, intentionally assaulted C.G., and aided and abetted the same, in violation of 18 U.S.C. §§ 1153(a), 113(a)(1), and 2.

COUNT II

That on or about June 10, 2013, near East Glacier, in the State and District of Montana, and on and within the exterior boundaries of the Blackfeet Indian Reservation, being Indian Country, the defendants, JASON AVERY MATTSON and JERRY WARD MATTSON III, Indian persons, with the specific intent to commit bodily harm, intentionally assaulted C.G. with a handgun, a dangerous

2

weapon, and aided and abetted the same, in violation of 18 U.S.C. §§ 1153(a), 113(a)(3), and 2.

## COUNT III

That on or about June 10, 2013, near East Glacier, in the State and District of Montana, the defendant, JASON AVERY MATTSON, knowingly used a firearm during and in relation to the violent crime charged in Count I, assault with a dangerous weapon, a crime that may be prosecuted in a court of the United States, in violation of 18 U.S.C. § 924(c)(1)(A).

The Grand Jury finds the firearm was discharged.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

MICHAEL W. COTTER
United States Attorney

for: JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓ Both
Bail: _____