PROB 12C
DMT Rev 01-17

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MONTANA

## Petition for Warrant for Offender Under Supervision

**Name of Offender:** Jason Avery Mattson  **Docket Number:** 0977 4:16CR00054-001

**Name of Sentencing Judicial Officer:**  THE HONORABLE BRIAN MORRIS
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 06/29/2017

**Original Offense:** 18:1153.F: OFFENSES COMMITTED WITHIN INDIAN COUNTRY; 18:113C.F: ASSAULT WITH A DANGEROUS WEAPON; 18:2.F: PRINCIPALS

**Original Sentence:** 48 months custody, 36 months supervised release

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 10/18/2019

**Assistant United States Attorney:** Lori Harper Suek
2601 2nd Avenue North, P.O. Box 3200, Billings, MT 59101, (406) 657-6101

**Defense Attorney:** Hank Branom
Federal Defenders Office, 104 2nd Street South, Great Falls, MT 59401, (406) 727-5328

## PETITIONING THE COURT

### Background

On 06/29/2017, the defendant appeared for sentencing before THE HONORABLE BRIAN MORRIS, UNITED STATES DISTRICT JUDGE, having pleaded guilty to the offenses of 18:1153.F: OFFENSES COMMITTED WITHIN INDIAN COUNTRY; 18:113C.F: ASSAULT WITH A DANGEROUS WEAPON; and 18:2.F: PRINCIPALS. The offense involved the defendant shooting Chris Gobert in the neck during an altercation. He was sentenced to 48 months custody, followed by 36 months supervised release. The defendant began the current term of supervised release on 10/18/2019.

Since that time, the probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory condition:** You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>On 12/20/2019, the defendant submitted a urinalysis test, which tested positive for methamphetamine. He admitted to taking one hit of methamphetamine on 12/28/2019. |
| 2 | **Special condition:** You must participate in substance abuse testing to include not more than 104 urinalysis tests, not more than 104 breathalyzer tests, and not more than 36 sweat patch applications annually during the period of supervision. You must pay part or all of the costs of testing as directed by the probation office.<br><br>On 01/21/2020, the defendant failed to appear for substance abuse testing. |
| 3 | **Special condition:** You must participate in and successfully complete a program of substance abuse treatment as approved by the probation officer. You must remain in the program until you are released by the probation officer in consultation with the treatment provider. You must pay part or all of the costs of this treatment as directed by the probation office.<br><br>On 01/22/2020, the defendant failed to report for substance abuse treatment. |
| 4 | **Standard condition:** You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.<br><br>On 01/22/2020, this officer contacted the defendant's father, who stated the defendant had left the day prior and not returned to the home. On 01/23/2020, this officer contacted the defendant's father again, and he again reported he had not heard from his son. As of this writing, the defendant's whereabouts are unknown. |

AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED

In conformance with the provision of 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the offender has violated conditions of supervision, I am petitioning the Court to issue a Warrant.

Reviewed
By: _____
Raymond Antonsen
Supervising United States Probation Officer
Date: 01/28/2020

Respectfully Submitted
By: _____
Jessica Heim
United States Probation Officer
Date: 01/28/2020

## ORDER OF COURT

I find there is probable cause to believe the offender has violated conditions of supervision, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a warrant. Considered and ordered this __28th__ day of __January__, 2020, and ordered filed **UNDER SEAL** and made a part of the records in the above case.

IT IS FURTHER ORDERED that upon notification to the Clerk of Court's Office that the above-named defendant has been taken into custody, the Petition for Warrant for Offender Under Supervision shall be unsealed.

_____
Brian Morris
United States District Judge

1/28/2020
_____
Date